**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**DALE JOHNSON,**

              **Plaintiff,**

**-vs-**                                            **Case No. 6:08-cv-1364-Orl-22DAB**

**G.F.A. DIAGNOSTIC CENTER, INC.,**

              **Defendant.**
_____

## ORDER

This cause is before the Court on Joint Motion for Approval of Settlement Agreement (Doc. No. 16) filed on December 22, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 29, 2008 (Doc. No. 17) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement (Doc. No. 16) is GRANTED. The settlement is hereby APPROVED.

3. This case is hereby DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 16, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge